UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
MARCATO LP, and MARCATO
INTERNATIONAL MASTER FUND, LTD.

             Plaintiffs,

             v.

SIGNET JEWELERS LIMITED, MICHAEL
BARNES, RONALD RISTAU, MARK LIGHT,
VIRGINIA DROSOS, and MICHELE SANTANA,

             Defendants.
------------------------------------------------------------------x

Docket No.: 1:19-cv-09917

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Marcato LP and Marcato International Master Fund, Ltd. hereby dismiss the above-captioned action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: August 11, 2020

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: */s/ Lawrence M. Rolnick*
     Lawrence M. Rolnick

     Lawrence M. Rolnick
     Marc B. Kramer
     Richard A. Bodnar
     Nicole T. Castiglione
     Jennifer A. Randolph
     1251 Avenue of the Americas
     New York, NY 10020
     Tel. 212-262-6700
     lrolnick@lowenstein.com
     mkramer@lowenstein.com
     rbodnar@lowenstein.com
     ncastiglione@lowenstein.com
     jrandolph@lowenstein.com

     *Attorneys for Plaintiffs*